No. 367, Misc.  BYERS *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari denied.

No. 384, Misc.  BYERS *v.* CURTIS.  Application for injunction denied.

No. 389, Misc.  PULLINS *v.* OHIO ET AL.  Motion for leave to file petition for writ of habeas corpus denied.

No. 406, Misc.  EX PARTE INTERNATIONAL WORKERS ORDER, INC. ET AL.  Motion for leave to file petition for writ of mandamus denied.  *Royal W. France* for the International Workers Order, Inc. et al., petitioners.  *John P. McGrath* and *Martin D. Jacobs* for the New York City Housing Authority et al., respondents.

No. 540.  UNITED STATES *v.* NUGENT; and
No. 573.  UNITED STATES *v.* PACKER.  C. A. 2d Cir. Certiorari granted.  *Solicitor General Cummings* for the United States.  *Herman Adlerstein* and *Hayden C. Covington* for respondents.

No. 336.  JOHNSON ET AL., DOING BUSINESS AS THE BRAMHALL COMPANY, *v.* DURKIN, SECRETARY OF LABOR. C. A. 8th Cir.  Certiorari denied.  *Dupuy G. Warrick* for petitioners.  *Acting Solicitor General Stern, William S. Tyson* and *Bessie Margolin* filed a memorandum stating that respondent does not oppose issuance of a writ of certiorari in this case.

No. 380.  PENNINGTON-WINTER CONSTRUCTION Co. *v.* DURKIN, SECRETARY OF LABOR.  C. A. 10th Cir.  Certio-